UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EULA MAE KOLB,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAVE MART SUPERMARKETS, a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 1:13-CV-01398-LJO-SKO<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

## ORDER

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.  The court shall retain jurisdiction to enforce the terms of the settlement.  The clerk is directed to close this action.

IT IS SO ORDERED.

　　Dated:　**November 22, 2013**　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28